# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 8, 2013

146033

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

_____

In re FORFEITURE OF BAIL BOND.

_____

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

COREY DESHAWN GASTON,
      Defendant,

and

YOU WALK BAIL BOND AGENCY,
      Surety-Appellant.

SC: 146033
COA: 305004
Wayne CC: 07-020056-FC

_____/

On order of the Court, the application for leave to appeal the September 13, 2012 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address: (1) whether a court's failure to comply with the 7-day notice provision of MCL 765.28 bars forfeiture of a bail bond posted by a surety; and (2) whether *In re Forfeiture of Bail Bond*, 276 Mich App 482 (2007), holding that the 7-day notice provision is directory rather than mandatory, was correctly decided.

Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 8, 2013

_____
Clerk

p0205